COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




TENET HOSPITALS LIMITED, A
TEXAS LIMITED PARTNERSHIP,
D/B/A SIERRA MEDICAL CENTER, 


 Appellant,


v.


SOCORRO S. AVILA, INDIVIDUALLY,
AS A WRONGFUL DEATH
BENEFICIARY, AND AS
INDEPENDENT EXECUTRIX OF THE
ESTATE OF FRANK L. AVILA,
DECEASED,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


 §


 §


 §


No. 08-10-00293-CV



Appeal from the


243rd District Court


of El Paso County, Texas


(TC# 2009-825)



MEMORANDUM OPINION


 Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this
appeal. See Tex. R. App. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs
of appeal are assessed against Appellant. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

June 15, 2011


Before Chew, C.J., McClure, and Rivera, JJ.